# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL DALE BRUMMITT,

    Plaintiff,

v.                                                                     Case No. 6:20-cv-403-RBD-LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner of Social Security's ("**Commissioner**") decision to deny his disability benefits and supplemental income payments. (Doc. 1.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends affirming the Commissioner's decision. (Doc. 28 ("**R&R**").)

No party objected to the R&R, and the time for doing so has passed. Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

-1-

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 28) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED.**

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Michael Dale Brummitt and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 24, 2021

ROY B. DALTON JR.
United States District Judge